No. 72–402. UNITED STATES *v.* GENERAL DYNAMICS CORP. ET AL. Appeal from D. C. N. D. Ill. [Probable jurisdiction noted, 409 U. S. 1058.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Appellees also allotted 15 additional minutes for oral argument.

No. 72–419. PITTSBURGH PRESS CO. *v.* PITTSBURGH COMMISSION ON HUMAN RELATIONS ET AL. Pa. Ct. Commw. [Certiorari granted, 409 U. S. 1036.] Motion to permit two counsel to argue orally on behalf of respondents granted.

No. 72–490. McDONNELL DOUGLAS CORP. *v.* GREEN. C. A. 8th Cir. [Certiorari granted, 409 U. S. 1036.] Motion of respondent for leave to proceed further herein *in forma pauperis* denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant the motion.

No. 72–549. SCHOOL BOARD OF CITY OF RICHMOND, VIRGINIA, ET AL. *v.* STATE BOARD OF EDUCATION OF VIRGINIA ET AL.; and

No. 72–550. BRADLEY ET AL. *v.* STATE BOARD OF EDUCATION OF VIRGINIA ET AL. C. A. 4th Cir. [Certiorari granted, 409 U. S. 1124.] Motion of petitioners for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 72–624. UNITED STATES *v.* PENNSYLVANIA INDUSTRIAL CHEMICAL CORP. C. A. 3d Cir. [Certiorari granted, 409 U. S. 1074.] Motion of United States Steel Corp. et al. for leave to participate in oral argument as *amici curiae* denied.